In the Matter of the Arbitration between HARRY E. DUBIN, Appellant, and U. S. VITAMIN CORPORATION, Respondent.

Argued April 16, 1943; decided May 27, 1943.

*Asher Blum* for appellant.

*Joseph R. Kelley, Arlen G. Swiger* and *Edwin J. Harragan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.